UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HENRY W. HARTSHORN,

    Plaintiff,

v.                                                                        Case No. 17-C-98

MICHAEL L. SIEVERT, et al.,

    Defendants.

**ORDER**

Plaintiff Henry Hartshorn filed this action pursuant to 42 U.S.C. § 1983, alleging that the defendants violated his constitutional rights. On April 10, 2018, Plaintiff filed a letter asking the court to "find out" why the defendants have not responded to his March 12, 2018 discovery requests. The court construes Plaintiff's letter as a motion to compel. Plaintiff's motion will be denied because the defendants' responses are not considered untimely at this point. Rule 34 of the Federal Rules of Civil Procedure provides that the party to whom a discovery request is directed has thirty days after being served with the request to respond. Fed. R. Civ. P. 34(b)(2)(A). If Plaintiff does not receive the defendants' responses to his discovery requests, he should attempt to consult with defendants' counsel. *See* Fed. R. Civ. P. 37(a)(1); Civil L.R. 37 (E.D. Wis). He may refile his motion if he is unable to resolve the dispute.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (ECF No. 40) is **DENIED**.

Dated this  11th  day of April, 2018.

                                                  s/ William C. Griesbach
                                                 William C. Griesbach, Chief Judge
                                                 United States District Court