UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HENRY W. HARTSHORN,

    Plaintiff,

v.                                        Case No. 17-C-98

MICHAEL L. SIEVERT, et al.,

    Defendants.

## ORDER

Plaintiff Henry Hartshorn, who is currently representing himself, filed this action pursuant to 42 U.S.C. § 1983, alleging that the defendants violated his constitutional rights. On May 23, 2018, Hartshorn filed a proposed amended complaint that he captioned "brief." A party may amend his pleading once as a matter of course within 21 days after serving it or 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1). In all other instances, a party must obtain "the opposing party's written consent or the court's leave" to amend his pleading. Fed. R. Civ. P. 15(a)(2). Hartshorn has not sought leave to amend his complaint and has not provided any facts or reasons to persuade the court to allow leave to amend the complaint.

**IT IS THEREFORE ORDERED** that Hartshorn's proposed amended complaint (ECF No. 44) is **STRICKEN**.

Dated this  24th  day of May, 2018.

                                                s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court