UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HENRY W. HARTSHORN,

    Plaintiff,

v.                                        Case No. 17-C-98

MICHAEL L. SIEVERT, et al.,

    Defendants.

## ORDER

On October 26, 2018, the court entered a decision and order granting Defendants' motion for summary judgment and dismissing the case. Plaintiff Henry Hartshorn filed a notice of appeal on February 13, 2019. The notice appears to be more than three months late. Attached to the notice is a written statement addressed to the court stating that the notice dated November 29, 2018 was lost in the institution and was returned to him on February 1, 2019. The statement is not under oath and does not bear Plaintiff's signature. Even if his statements are true, the notice is dated four days after the thirty-day deadline in which any notice of appeal was required to be filed. *See* Fed. R. App. P. 4(a)(1) (A notice of appeal must "be filed with the clerk of the district court within 30 days after the entry of judgment or order appealed from."). Accordingly, the court declines to extend the time for Plaintiff to file a notice of appeal.

**SO ORDERED** this  14th  day of February, 2019.

                                                s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court